IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00346-WYD-CBS

VAN HALEN MUSIC COMPANY;
J. ALBERT & SON (USA) INC.;
JAMES PATRICK PAGE, a/k/a Jimmy Page;
ROBERT PLANT;
JOHN BALDWIN, a/k/a John Paul Jones; and,
PATRICIA BONHAM, Individually and as Guardian of the Children of the Deceased
    Author John Bonham, Jason Bonham, and Zoe Bonham,

    Plaintiffs,

v.

BIG SNOW BALL, LLC, and,
STEVEN KOVACIK,

    Defendants.

_____

## ORDER
_____

    THIS MATTER is before the Court on the plaintiffs' Motion To Revive Final Judgment On Consent [ECF No. 18].

    The plaintiffs seek to revive the Final Judgment On Consent [ECF No. 15] in this case that was entered on May 10, 2007, by United States District Court Judge Phillip S. Figa. The plaintiffs seek to revive such judgment in order to prevent the expiration of their Judgment For Lien Upon Land And Tenements [ECF No. 17]. According to the plaintiffs, the Judgment For Lien Upon Land And Tenements [ECF No. 17] expired on May 10, 2013. ECF No. 18, p. 3, ¶ 5. Based on the plaintiffs' argument and recitation of law in their motion, it appears that revival of the Final Judgment On Consent [ECF No. 15] will have no effect on the Judgment For Lien Upon Land And Tenements [ECF No.

- 2 -

17].	Accordingly, it is

ORDERED that the plaintiffs' Motion To Revive Final Judgment On Consent [ECF No. 18] is **DENIED**.

Dated:  December 18, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U. S. District Judge
